# EXHIBIT B

2014001347 es

| STATE OF MICHIGAN 91st JUDICIAL DISTRICT 50th JUDICIAL CIRCUIT | INFORMATION FELONY | CASE NO.: 2014001347 DISTRICT: 14-57683-1-FY CIRCUIT: 15-1646-FH |
|---|---|---|
| District Court ORI: MI170015J 325 Court Street, Sault Ste. Marie, MI 49783  906-635-6320 | Circuit Court ORI: MI170025J 319 Court Street Sault Ste. Marie, MI 49783  906-635-6338 | |

| | Defendant's name and address | ALIAS: |
|---|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN | V JOSE ENRIQUE LEFEBRE-TORO 12756 S. SHUNK ROAD DAFTER, MI, 49724 | |

Co-Defendant(s)

| Complaining Witness UNDERSHERIFF MICHAEL BITNAR | | | | | Date: On or about 09/21/2014 | |
|---|---|---|---|---|---|---|
| City/Twp./Village Drummond Island Tnsp | County in Michigan Chippewa | | Defendant TCN G814412035W | Defendant CTN 17-14001347-01 | Defendant SID 4430199L | Defendant DOB 11/18/1970 |
| Police agency report no. CCSD 1552-14 | | Charge See below | DLN Type: Oper./Chauf | Vehicle Type | Defendant DLN L-116-440-230-883 | |

**Witnesses**
UNDERSHERIFF MICHAEL BITNAR     DEPUTY RYAN HERRING     NATHANIEL ERNST
ANNE GRUTH                      FREDERICK GUITH II      PAMELA ELLIS
MICHAEL OGDEN                   CARRIE LEPPER           DET./SGT. GREG POSTMA
DEPUTY JOE WIATER               TPR. NATHAN GRENFELL    MICHELLE LEFEBRE

STATE OF MICHIGAN, COUNTY OF CHIPPEWA
IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: The prosecuting attorney for this County appears before the court and informs the court that on the date and at the location described above, the defendant:

**COUNT 1: HOMICIDE - MANSLAUGHTER - INVOLUNTARY**
did cause the death of Shellsea Lefebre-Schiel by committing the following act or acts in a grossly negligent manner, Jose Lefebre-Toro placed a loaded, uncased rifle with the safety off in a motor vehicle and it was placed or positioned in such a manner as to be pointed in the direction of a rear seat passenger and it discharged, killing Shellsea Lefebre-Schiel; contrary to MCL 750.321. [750.321-C]
FELONY: 15 Years and/or $7,500.00; DNA to be taken upon arrest.

**COUNT 2: WEAPONS - FIREARMS - POSSESSION OF A LOADED FIREARM IN OR UPON A VEHICLE**
did transport in or upon a motor vehicle a certain firearm which was not a pistol or revolver, to-wit: Remington Model 700 270 Win with scope, while said firearm was loaded; contrary to MCL 750.227c. [750.227C]
HIGH COURT MISDEMEANOR: 2 Years and/or $2,500.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

MCR 6.102 Probable Cause Determination is based in part on the police agency report referred to above and submitted herewith.

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

1/21/15
Date

CTN: 17-14001347-01 Cl1

Prosecuting Attorney
By: [signature]                P30307

RECEIVED
JAN 21 2015

50TH CIRCUIT COURT
CHIPPEWA COUNTY CLERK