# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

MICHELLE MARIE LEFEBRE,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF SHELLSEA BLAIR LEFEBRE-SCHIEL,

       Plaintiff,

       -vs-

REMINGTON ARMS COMPANY, LLC.

       Defendant.

Case No. 2:17-cv-00152-GJQ-TPG

Hon. Gordon J. Quist

---

| | |
|---|---|
| Leonard A. Siudara (P20542) | Edward P. Perdue (P55888) |
| Leonard A. Siudara PC | Dickinson Wright PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 5865 Andover Ct. | 200 Ottawa Avenue, NW, Ste. 1000 |
| Troy, MI  48098 | Grand Rapids, MI  49503 |
| (248) 417-7300 | (616) 458-1300 |
| budatlaw@msn.com | eperdue@dickinsonwright.com |
| | |
| | Dale G. Wills |
| | James B. Vogts |
| | Swanson, Martin & Bell LLP |
| | Attorneys for Defendant |
| | 330 N. Wabash, Ste. 3300 |
| | Chicago, IL  60611 |
| | (312) 321-9100 |
| | dwills@smbtrials.com |
| | jvogts@smbtrials.com |

---

## REMINGTON'S OBJECTION TO PLAINTIFF'S COMBINED 1st INTERROGATORIES, 3rd REQUEST FOR ADMISSIONS & 3rd NOTICE TO PRODUCE DOCUMENTS

Pursuant to Fed.R.Civ.P. 36(a)(3), Remington objects to the above referenced discovery as untimely under Fed.R.Civ.P. 26(d)(1) and irrelevant to Defendant's pending Motion to Dismiss under Fed.R.Civ.P. 26(d)(1).

Respectfully submitted,

DICKINSON WRIGHT PLLC

By  */s/Edward P. Perdue*
      Edward P. Perdue
200 Ottawa Avenue, NW, Suite 1000
Grand Rapids, MI  49503
(616) 458-1300
eperdue@dickinsonwright.com

Dale G. Wills
James B. Vogts
Swanson, Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL  60611
(312) 222-8517
dwills@smbtrials.com
jvogts@smbtrials.com

*Attorneys for Defendant*

Dated:  March 7, 2018

GRAPIDS 76841-1 492393v1