IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHELLE MARIE LEFEBRE,
PERSONAL REPRESENTATIVE OF THE
ESTATE OF SHELLSEA BLAIR LEFEBRE-SCHIEL,

      Plaintiff,

-vs-

REMINGTON ARMS COMPANY, LLC.

      Defendant.

Case No. 2:17-cv-00152-GJQ-TPG

Hon. Gordon J. Quist

| | |
|---|---|
| Leonard A. Siudara (P20542)<br>Leonard A. Siudara PC<br>Attorneys for Plaintiff<br>5865 Andover Ct.<br>Troy, MI  48098<br>(248) 417-7300<br>budatlaw@msn.com | Edward P. Perdue (P55888)<br>Dickinson Wright PLLC<br>Attorneys for Defendant<br>200 Ottawa Avenue, NW, Ste. 1000<br>Grand Rapids, MI  49503<br>(616) 458-1300<br>eperdue@dickinsonwright.com<br><br>Dale G. Wills<br>James B. Vogts<br>Swanson, Martin & Bell LLP<br>Attorneys for Defendant<br>330 N. Wabash, Ste. 3300<br>Chicago, IL  60611<br>(312) 321-9100<br>dwills@smbtrials.com<br>jvogts@smbtrials.com |

**<u>DEFENDANT'S MOTION TO BAR EXPERT WITNESS TESTIMONY</u>**

Defendant, Remington Arms Company, LLC ("Remington") moves to bar the opinions and trial testimony of Charles Powell, John Butters and Robert Chaffin. Each of these persons was identified by Plaintiff as an expert witnesses under the Court's August 23, 2018 Case Management Order. Remington seeks a court order now barring these witnesses from testifying, well in advance or trial, to avoid the time and expense of taking their depositions within Case Management Order deadlines. In support of its motion, Remington submits its Supporting Brief.

        Respectfully submitted,

        DICKINSON WRIGHT PLLC

        By    /s/Edward P. Perdue
            Edward P. Perdue
        200 Ottawa Avenue, NW, Suite 1000
        Grand Rapids, MI  49503
        (616) 458-1300
        eperdue@dickinsonwright.com

        Dale G. Wills
        James B. Vogts
        Swanson, Martin & Bell LLP
        330 N. Wabash, Suite 3300
        Chicago, IL  60611
        (312) 222-8517
        dwills@smbtrials.com
        jvogts@smbtrials.com

Dated: March 29, 2019        *Attorneys for Defendant*