UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHELLE MARIE LEFEBRE,
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHELLSEA BLAIR
LEFEBRE-SCHIEL,

    Plaintiff,

Case No. 2:17-CV-152

HON. GORDON J. QUIST

v.

REMINGTON ARMS COMPANY, LLC,

    Defendant.
_____/

## JUDGMENT

Judgment is hereby entered in favor of Defendant and against Plaintiff.

Dated: November 18, 2019                        /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE